UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:25-cr-00061 |
| v. ) | CHIEF JUDGE WILLIAM CAMPBELL |
| ) | |
| EDUARDO HERNANDEZ-MURILLO ) | |

<u>Motion to Cancel 4/25/2025 Status Conference</u>

On April 15, 2025, the Court set a plea hearing for Mr. Hernandez-Murillo on May 19, 2025. (Doc. No. 15.) In its original trial order, the Court scheduled a status conference for April 25, 2025. (Doc. No. 13.) In light of the upcoming plea hearing, Mr. Hernandez-Murillo requests that the Court cancel the status conference.

Counsel for the government is out of the office on military leave, but undersigned counsel does not believe he would oppose this motion.

Respectfully submitted,

/s/ *Jessica M. Dragonetti*
JESSICA M. DRAGONETTI (BPR# 34215)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Jessica_dragonetti@fd.org

Attorney for Eduardo Hernandez-Murillo

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I electronically filed the foregoing *Motion to Cancel 4/25 Status Conference* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Herbert L. Bunton, Assistant U.S. Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

/s/ *Jessica M. Dragonetti*
JESSICA M. DRAGONETTI

2